■ Sonya Wassel, as Administratrix of the Estate of Scott L. Wassel, Deceased, Respondent, v Niagara Mohawk Power Corporation, Appellant and Third-Party Plaintiff-Appellant. Rome Ford Lincoln Mercury, Inc., Third-Party Defendant-Respondent [762 NYS2d 854] —Appeal from an order of Supreme Court, Onondaga County (Roy, J.), entered October 18, 2002, which, inter alia, granted plaintiff's motion for a trial preference.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs.

Memorandum: Supreme Court did not abuse its discretion in granting plaintiff's motion for a trial preference in this personal

injury action on the basis of plaintiff's indigency (*see Hoyt v Kazel,* 265 AD2d 527, 527-528 [1999]) upon its determination that the "interests of justice will be served by an early trial" (CPLR 3403 [a] [3]; *see Nold v City of Troy,* 94 AD2d 930 [1983]; *see also Spratt v General Elec. Co.,* 242 AD2d 900 [1997]; *Wolf v Wolf,* 232 AD2d 330, 331 [1996]). Nor, under the circumstances of this case, did the court abuse its discretion in granting that part of third-party defendant's cross motion for an order severing the third-party action from the main action for purposes of trial. The main action had been certified as trial-ready, plaintiff had been granted a preference therein, and the third-party action had recently been commenced and essential discovery therein had not yet begun (*see* CPLR 603, 1010; *Singh v City of New York,* 294 AD2d 422, 423 [2002]; *Ambriano v Bowman,* 245 AD2d 404, 405 [1997]; *Cusano v Sankyo Seiki Mfg. Co.,* 184 AD2d 489, 490 [1992]; *Santos v Sure Iron Works,* 166 AD2d 571, 573 [1990]). Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.